# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| WARREN THORNTON, individually; and LISA THORNTON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS,<br><br>Defendant. | CV 25-100-BU-WWM<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 7), and for good cause shown,

**IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE**, each of the parties bearing their own attorneys' fees and costs.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 6th day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE